UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>GARRETT RYAN BOTELLO,<br><br>                Defendant. | Case No. CR24-146-LK<br><br>DETENTION ORDER |

Defendant Garrett Ryan Botello is charged with escape from custody, 18 U.S.C. § 751(a). The Court held a detention hearing on March 3, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as this case involves a serious risk Mr. Botello will flee.

2.     Mr. Botello stipulated to detention.

3.     Upon advice of counsel, Mr. Botello declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

4.     Mr. Botello poses a risk of nonappearance due to a history of failure to appear and

DETENTION ORDER - 1

the nature of the instant offense. Mr. Botello poses a risk of danger due to a prior sex offense, criminal activity while under supervision, and substance use history. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Botello's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Botello shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Botello shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Botello is confined shall deliver Mr. Botello to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Botello, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _3rd_ day of March, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2