UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GARRETT RYAN BOTELLO,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:24-cr-00146-LK-1<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

　　　　This matter comes before the Court on Defendant Garrett Botello's Unopposed Motion to Continue Trial and Pretrial Motions Deadline. Dkt. No. 15. Mr. Botello seeks to continue the trial date from May 5, 2025 to July 28, 2025. *Id.* at 1. The Government does not oppose the request for a trial continuance. *Id.*

　　　　Mr. Botello is charged by indictment with escape from custody in violation of 18 U.S.C. § 751(a). Dkt. No. 1. Trial is currently set for May 5, 2025, with a pretrial motions deadline of March 24, 2025. *Id.*

　　　　Mr. Botello's counsel, Kristen V. Murray, will be on medical leave and unavailable from March 6, 2025 to March 28, 2025. Dkt. No. 15 at 2. She anticipates being able to reappear for court

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE - 1

appearances and attend client meetings beginning on March 31, 2025. *Id.* Counsel filed her notice of unavailability on February 27, 2025. Dkt. No. 7; *see also* Dkt. No. 15 at 2. Although plea negotiations are ongoing, defense counsel will need adequate time to prepare and take necessary investigative steps if the matter proceeds to trial. Dkt. No. 15 at 2. Mr. Botello has waived his speedy trial rights through September 1, 2025. Dkt. No. 14 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Botello in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary to investigate this matter and prepare for trial, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and is necessary to provide counsel and Mr. Botello sufficient time for the above-listed tasks. 18 U.S.C. § 3161(h)(7)(B)(iv).

For these reasons, the Court GRANTS the motion, Dkt. No. 15, and ORDERS that the trial date be continued to July 28, 2025 and that the pretrial motions deadline be continued to June 16, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Botello's trial must commence under the Speedy Trial Act.

Dated this 6th day of March, 2025.

Lauren King
United States District Judge