The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GARRETT RYAN BOTELLO,<br>Defendant. | NO. CR24-146 LK<br><br>[~~PROPOSED~~]ORDER GRANTING MOTION TO CONTINUE EVIDENTIARY HEARING ON REVOCATION OF SUPERVISED RELEASE |

THIS COURT has considered the stipulated motion to continue the evidentiary hearing on revocation of supervised release in this matter. Finding good cause, the Court GRANTS the motion and continues the evidentiary hearing to October 28, 2026 at 1:30 p.m. The Court finds that the requested continuance will allow the hearing to be held within a reasonable time. Fed. R. Crim. P. 32.1(b)(2).

Dated this 11th day of August, 2026.

HON. LAUREN KING
United States District Court Judge



Hart Jarvis Murray Chang PLLC
155 NE 100th Street, Ste. 210
Seattle, WA 98125
(206) 735-7474